IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN L. CARTER | : |
| | : |
| v. | : Civil Action No. 07-816 GMS |
| | : |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : |
| | : |

## ORDER

WHEREAS, on December 14, 2007, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on April 28, 2008, an Answer to the Complaint was filed by Michael Astrue (D.I. 10);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared, proposed briefing schedule to the court no later than June 2, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May ___2___, 2008

FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE